Form OCH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re:  Keith Brian Verville and Shelly Lynn Verville        Case No.: 13–40549 RLE 7
              Debtor(s)                                    Chapter:  7

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:**  April 3, 2013 | **TIME:**  09:00 AM |
|---|---|
| **LOCATION:**  Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

A failure of the debtor(s) to appear at the aforementioned continued meeting of creditors may result in dismissal of this case without further notice or hearing.

Dated: 3/7/13                                      By the Court:


                                   Roger L. Efremsky
                                   United States Bankruptcy Judge