

The following constitutes
the order of the court. Signed April 4, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: **Keith Brian Verville &**          Case No.: 13-40549 RLE

   **Shelly Lynn Verville**

                                    Chapter: 7

Debtor(s)/
_____

## ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 3/7/2013, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients